In the Matter of the Application of GLADYS CALHOUN, Petitioner, Appellant, for a Peremptory Order of Mandamus Directed to FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

R. HAROLD BACH, as Assignee for the Benefit of Creditors of SOLOMON SCHWARTZ & SON, INC., Respondent, v. A. HOLLANDER & SON, INC., Appellant. A. HOLLANDER & SON, INC., Appellant, v. SOLOMON SCHWARTZ & SON, INC., and Others, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

J. A. KIRSCH, LTD., Respondent, v. THE BRAWN COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order with notice of entry thereof, on payment of said costs; and stay contained in the order to show cause herein, dated February 13, 1942, continued in force until the expiration of said ten days. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

DEFOREST GRANT, as Sole Surviving Trustee of the Trusts Created by Agreement and Deed of CAROLINE A. GRANT Dated July 19, 1911, v. DEFOREST GRANT, as Executor, etc., of MADISON GRANT, Deceased, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MARY A. SIEGRIST v. AMERICAN LOCOMOTIVE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARY A. SIEGRIST v. AMERICAN SUGAR REFINING Co.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LILY-TULIP CUP CORPORATION v. HOME INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

HIRAM WALKER DISTRIBUTORS, INC., v. WALDORF LIQUORS, INC.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 867.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Estate of HERMAN SIELCKEN, Deceased. In the Matter of the Application of I. GAINSBURG, for an Order Pursuant to Section 231-A of the Surrogate's Court Act to Have Fixed and Determined Compensation for Services Rendered by Him and for Payment Thereof Out of the Estate. I. GAINSBURG. IRVING TRUST Co., as Executor of HERMAN SIELCKEN, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.